# UNITE STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DALE ANTWON, DAVIS,
  Plaintiff

V.

Department of corrections, Warden, Santa Rosa, C.I, Personnel Property. Sgt. And Mailroom sgt ~~[scribbled out]~~
  Defendant

COMPLAINT. Civil Action
CASE NO. 3:17-cv-701-J-34 JRK

FILED 2017 JUN 20 AM 8:31

PROVIDED TO
SANTA ROSA C.I. ON
JUN 1 2017
FOR MAILING BY
[signature]

## 1 JURISDICTION VENUE (B)

This is a civil Action, Authorized by 42 U.S.C. Section 1983 to redress the Deprivation, by under color of state Law. of right's secured by the Constitution, of the Unite states. The court has Jurisdiction under 28

(1) Page

U.S.C. Section 1623 and 1343 (a)(3). Plaintiff Dale A. Davis, seeks Declaratory relief Pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. Section 2283 2283 and, Rule 65 of the federal Rule of Civil Procedure. Defendant warden and Personnel of Gulf Dorm, Allow gangbanger, to poison their minds, to expose a person to Hatred, contempt or Aversion, or to induct an evil, or unsavory opinion of the Plaintiff Dale A. Davis B-K-A Blackmandin 90, in minds, of a substantial number of people in the community, even, ~~~~~: orally uttered, (including→over→the→radio). (Never been charged or committed, such a crime or indicted by a Grand Jury: Nor shall any person, Be subjected for the same offence to Be, twice, (murder case) R~

put IN Jeopardy of Life, or Limb, Nor be, deprived of Life, Liberty or Property: Without, Due process of Law; Nor shall private, property Be taken, for public use, Without Just compensation: Amendment V, Property crimed And plurality require ment, Needed, (P.R.E.A) personnel failure to → protect, U.S inmate's, The state of Nature has taken, it's course, When (we); Are place'd INTO Danger ous, enviroment, And stripped....of Virtually every means of self→ Protection, from Gangbanger, who Fabricated A storie's, About, fake

Child Molesting, Just Detention International, has been; There for (Me) yet, The Poison Be Injected Into, employee's Mind's, to Distort Their Perception, of The, Plaintiff to, Cause A Discrimination, Against; A old Convic, (Job. 1:6-22) (Mal'aki 3:5→10) Won'ton; The Plaintiff, Through Denial of, the Minimal Civilized Measure of Life's, Necessites, (like) My (Canteen) → Close Management, Level One; for A Weopen, Which, I, Never Possessed: (Nine→points→of→Law). No, (finger→print→taken) Violation: of Constitution, Law, Since 2009→2017

Yet, The Plaintiff Dale A. Davis, Is Being, singlinged out, Daily, by The Dept of Correctional, Institutional, The Warden, And Personnel At, Santa Rosa C I, And Annex, Close Management Level, Are Not in compliance (P.R.E.A.) sheriff's office Detention, staff Work's At, Santa Rosa C I, Annex, Trying To Rape, the Plaintiff, By Using, inmate's To, Sett, up, The Plaintiff To, Be, Attack, official Encouraged Attack (Dirty Work) Intentionally Setting, up An Inmate (Dale A. Davis) The Plaintiff, By other Inmate's

(5) Page